NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1128


DANIELLE M. SMITH

VERSUS

BORDEN, INC.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 983521
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**BILLY HOWARD EZELL**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.


**AFFIRMED.**

**Dennis Ray Stevens**
**Gibbens & Stevens**
**222 W. St. Peter**
**New Iberia, LA 70560**
**(337) 367-8451**
**Counsel for: Defendants/Appellees**
**Jador Scott, Inc.**
**Louisiana Restaurant Association Self-Insured Fund**

**Mark Gerard Artall**
**Attorney at Law**
**111 East Main St., Ste 108**
**Lafayette, LA 70501**
**(337) 233-1777**
**Counsel for: Plaintiff/Appellant**
**Danielle M. Smith**

**John Ernest William Baay II**
**Lynn Marie Terrebonne**
**Gieger, Laborde & Laperouse**
**701 Poydras St., Suite 4800**
**New Orleans, LA 70139-4800**
**(504) 561-0400**
**Counsel for: Defendants/Appellees**
**Borden, Inc.**
**Kemper Insurance Company**
**Milk Products, LLC**